# STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Bender et v. Am. Ry. Co............... 19745
Brown v. Macklin .................... 19742
City View Co. v. McKay .............. 19743
Civil Service Comm. v. Cheney ...... 19738
DiFote Const. Co. v. Scott ........... 19744
Gallipolis City Comm. et v. Ohio Util.
　Co. ............................... 19740
Howard v. Cent. Nat. Bk............. 19747
Hulings, In Re Estate of ............ 19748
Kusz et v. Baumgardner .............. 19746
State ex v. Culbertson ........ 19736, 19737
State ex Hesson v. Indust. Comm...... 19749
State ex. McLaughlin ................ 19734
State v. Peskind et .................. 19741
State v. Sawyer ..................... 19733
Thurman et v. Harmon et ............ 19735
Wall v. Strosnider .................. 19739

### MARCH 31, 1926

19733—State of Ohio v. Geo. A. Sawyer; motion for leave to file petition in error to the Hamilton Appeals. E. S. Bell, L. Schneider and N. Schwab, Cincinnati, for pltf.

19734—State of Ohio v. Fred G. McLaughlin; motion for leave to file petition in error to the Hamilton Appeals. C. S. Bell, L. Schneider and N. Schwab, Cincinnati, for pltf.

19735—Allen Thurman et v. Eugene Harmon et; motion for Marion Appeals to certify. Carhart & Warner, Marion, for pltf; W. P. Maloney, Marion, for defts.

19736—State of Ohio ex rel Retirement Board of the State Teachers Retirement System v. E. E. Culbertson as Clerk of Board of Education of Bryan Village School District, Williams County; in mandamus. C. C. Crabbe and W. E. Benoy, Columbus, for pltf.

19737—State of Ohio ex rel Retirement Board of the State Teachers Retirement System v. E. E. Culbertson as Clerk of Board of Education of Bryan Village School District, Williams County; in mandamus. C. C. Crabbe and W. E. Benoy, Columbus, for pltf.

### APRIL 2, 1926

19738—Civil Service Commission of the City of Findlay, Ohio, v. John A. Cheney; motion for Hancock Appeals to certify. W. S. Snook, for pltf; W. H. Kinder, for deft.

19739—James L. Wall v. Myra Strosnider et; motion for Hamilton Appeals to certify. J. C. McMarthy, Cincinnati, for pltf; Buchwalter, Headley & Smith, Cincinnati, for deft.

19740—City Commission of Gallipolis and City of Gallipolis v. Ohio Utilities Co.; motion for Gallia Appeals to certify. R. M. Switzer, Gallipolis, for pltf; H. C. Johnson, Gallipolis, and J. C. Martin, Columbus, for deft.

### APRIL 3, 1926

19741—State of Ohio v. Solomon Peskind et; motion for leave to file petition in error to the Cuyahoga Appeals. C. C. Crabbe, Columbus and J. I. Eagleson, C. Higley & D. E.

Green, Cleveland, for pltf.; Boyd, Cannon, Brooks & Wickham, F. Handrick and J. A. Cline, Cleveland, for defts.

19742—Harvey O. Brown v. Curtis R. Macklin; motion for Mahoning Appeals to certify. Diser & Huey, Youngstown, for pltf; Moore Barnum & Hammond and R. A. Beard, Youngstown, for deft.

19743—City View Apartment & Storage Co. v. R. H. McKay; motion for Summit Appeals to certify. W. Bacon, Akron, for pltf; Matthews, Nesbitt & Wilkie, Akron, for deft.

19744—DiFote Construction Co. v. Ernest Scott; motion for leave to file petition in error to the Summit Appeals. E. G. Staley, Akron, for pltf; R. C. Ryder, Akron, for deft.

### APRIL 5, 1926

19745—Stephen Bender et, doing business as Bender Streiberg & Co. v. American Ry. Express Co.; motion for Hamilton Appeals to certify. Moulinier, Bettman & Hunt, Cincinnati, for pltf; Maxwell & Ramsey, Cincinnati, for deft.

19746—Louis G. Kusz et v. James F. Baumgardner; motion for Lucas Appeals to certify. W. W. Campbell and Otto Hankison, Toledo, for pltf; Taber, Chittenden, Northrup & Daniels, Toledo, for deft.

19747—Elizabeth H. Howard v. Central National Bank of Marietta et; motion for Washington Appeals to certify. D. W. Jones, Marietta for pltf; E. B. Follett, Marietta, and L. E. Barton, Pittsburg, Pa., for defts.

19748—In the matter of the estate of Harry B. Hulings; motion for Washington Appeals to certify. D. W. Jones, Marietta, for pltf; E. B. Follett, Marietta, and L. C. Barton, Pittsburg, Pa., for deft.

19749—State of Ohio ex rel Clara Hesson v. Industrial Commission of Ohio; in mandamus. J. L. Mason, Ashland, for pltf; C. C. Crabbe and R. R. Zurmehly, Columbus, for deft. .

## PROCEEDINGS OF
## SUPREME COURT

### GENERAL DOCKET

Andrews v. Trostle et .............. 19437
Massillon S. & L. Co. v. Imp. Fin. Co... 19446
State ex v. Gr. Cleve. Fare Club...... 19397
State ex . Penna Rd. Co............. 19690

### MOTION DOCKET

Anderson et v. Nat. Fire Ins. Co....... 19630
Andrews v. Plantz ................... 19649
Citizen B. & Cons. Co. v. Koskovitz et.. 19650
Dayt. & X. Mot. Bus. Co. v. P. U. C.... 19613
DeWitt v. Stevenson et .............. 19610
Evens, Admr. v. Russell Exr......... 19641
Earp v. State ....................... 19694
Frazier v. Ford et................... 19665
Kansinger v. Krusch ................ 19615
Kruse v. Revelson .................. 19639
Love v. Griffis ..................... 19645
Love v. Queiser .................... 19647
Love v. Sprague .................... 19646
Romberger v. Curl .................. 19608